Certificate Number: 17082-PAE-DE-040965759

Bankruptcy Case Number: 26-11559



17082-PAE-DE-040965759

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 12, 2026, at 6:28 o'clock AM MST, PAUL C KOENIG completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 12, 2026             By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director