UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Paul Coleman Koenig

               Debtor

Chapter 13
Bankruptcy No.26-11559-PMM

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of July, 2026, by first class mail upon those listed below:

Paul Coleman Koenig
320 N. 5th St.
Allentown, PA  18102

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

                                      */s/ Kristen Gliem*
                                      Kristen Gliem
                                      for
                                      Scott F. Waterman, Esquire
                                      Standing Chapter 13 Trustee