**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul Koenig<br>Debtor(s)<br><br>PNC Bank, National Association, its successors and/or assigns<br>Movant<br>vs.<br><br>Paul Koenig<br>Debtor(s)<br><br>Scott F. Waterman<br>Trustee | CHAPTER 13<br><br>NO. 26-11559 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC Bank, National Association, which was filed with the Court on or about May 29, 2026.

Dated: August 26, 2026

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
MSoboleski@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Paul Koenig**<br><br>**Debtor(s)**<br><br>**PNC Bank, National Association**<br>**Movant**<br>**vs.**<br><br>**Paul Koenig**<br><br>**Debtor(s)**<br><br>**Scott F. Waterman**<br>**Trustee** | **BK NO. 26-11559 PMM**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE**

I, Maggie Soboleski, certify that on 8/26/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 8/26/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Paul Koenig<br>320 322 324 N 5Th St<br>Allentown, PA 18102 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>____________________<br>(as authorized by the court *) |
| Charles Laputka Esq.<br>1344 W. Hamilton St.<br>Allentown, PA 18102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>____________________<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>____________________<br>(as authorized by the court *) |