Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Paul Coleman Koenig
320 N. 5th St.
Allentown, PA 18102

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11559-PMM**

Petition Filed Date: 04/14/2026
341 Hearing Date: 05/19/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2026 | $504.00 | | 06/08/2026 | $504.00 | | 07/08/2026 | $504.00 | |

**Total Receipts for the Period: $1,512.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,512.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,198.00 | $0.00 | $2,198.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,372.60 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PNC BANK NA<br>»» 003 | Mortgage Arrears | $26,482.76 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11559-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,512.00 | Current Monthly Payment: | $378.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $116.43 | Total Plan Base: | $33,432.00 |
| Funds on Hand: | $1,395.57 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.