**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul Coleman Koenig<br>Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>Moving Party<br>vs. | NO. 26-11559 PMM |
| Paul Coleman Koenig<br>Debtor | |
| Scott F. Waterman<br>Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 28th day of September, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

Patricia M. Mayer

Hon. Patricia M. Mayer
United States Bankruptcy Judge